Arthur KITCHEN, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 12, 1956.

C. F. See, Jr., Louisa, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Ass't Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Lawrence Circuit Court, Hon. Eldred E. Adams, Judge, by Arthur Kitchen from a judgment convicting him of transporting intoxicating alcoholic beverages for the purpose of sale in local option territory and fixing his punishment at a fine of $100 and confinement for 60 days in jail.

A consideration of the record and the authorities cited in briefs discloses no error prejudicial to appellant's substantial rights, therefore the judgment is affirmed.